IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES IRA ARRINGTON,
        Petitioner,
    v.                                 **Judgment in a Civil Case**
RENOICE STANCIL,
        Respondent.              Case Number: 5:11-HC-2018-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on January 17, 2012, with service on:
Charles Ira Arrington 0661187, Bertie Correctional Institution, P.O. Box 129, Windsor, NC 27983 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

January 17, 2012                                    /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina